

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00777-CV

Arlene J. **RODRIGUEZ**,
Appellant

v.

**CITIBANK, N.A.**,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 12470A
Honorable N. Keith Williams, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

We order that appellee Citibank, N.A. recover its costs of this appeal from appellant Arlene J. Rodriguez.

SIGNED August 30, 2013.

_Marialyn Barnard_
Marialyn Barnard, Justice